IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GAIL PORTER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-134
)
WAL-MART STORES, INC., and )
WAL-MART STORES EAST, LP, )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. As a result, any pending motions are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 30 PM 4: 19
CLERK____
SO. DIST. OF GA.